ACCEPTED
14-15-00194-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
3/9/2015 2:09:47 PM
CHRISTOPHER PRINE
CLERK

# Blumberg & Bagley, L.L.P.

## Attorneys

2304 West Interstate 20, Suite 190
Arlington, Texas 76017
www.blumbergbagley.com

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
3/9/2015 2:09:47 PM
CHRISTOPHER A. PRINE
Clerk

**Peter F. Bagley**
Board Certified, Consumer and Commercial Law, Texas Board of Legal Specialization
Fellow, College of the State Bar of Texas

(817) 277-1500
Facsimile (817) 277-1170

March 9, 2015

Mr. Christopher Prine
Deuputy Clerk
14th Court of Appeals
Harris County District Clerk
301 Fannin, Suite 245
Houston, Texas 77002

> Re:    *VICNRG LLC v. FCStone, LLC et al.;* Appeal No. 14-15-00194-CV

Dear Clerk:

According to my call with your office, the above-referenced appeal has been assigned to the 14th Court of Appeals as an accelerated appeal. As counsel for Appellant VicNRG LLC, I am notifying you that I do not believe the case fits under any of the categories of accelerated appeals described by Tex. R. App. P. 28.1, and therefore I ask that the court treat this as a non-accelerated appeal.

You are advised that the parties have a disagreement about whether a final order exists in the underlying case. Appellees believe an October 2014 order of severance serves as a final judgment; we argue that the trial court must still sign a final judgment for the reasons indicated in our Motion for Entry of Final Judgment. The trial court has not ruled on the motion, but we filed a Conditional Notice of Appeal because we felt that if Tex. R. Civ. P. 306a applied, we had to file the notice of appeal by February 20, 2015. It is my understanding that a notice of appeal invokes the appellate court's jurisdiction regardless of how the notice of appeal is described. Tex. R. App. P. 25.1.

When I spoke to your office, I was advised that I had to speak to the trial court about the characterization of this appeal. Today I spoke to Phyllis Washington, the court's senior civil post-judgment/appeals clerk, with Danielle Jimenez, the court clerk, on the call. Ms. Washington advised me that this case remains an active case on the trial court's docket and that she can only show the appeal as an accelerated appeal because there is no final order in the case. Again, I do not believe rule 28.1 applies, and therefore I do not believe the deadlines associated with accelerated appeals apply. Please let me know if this case remains an accelerated case or if I must file a motion to recast the appeal.

Yours sincerely,

/s/ Peter F. Bagley
Peter F. Bagley

PFB/dsa

cc: VICNRG LLC

cc: <u>VIA ELECTRONIC SERVICE</u>
Mr. James T. Drakeley
Mr. R. Scott Seifert
Hiersche, Hayward, Drakeley & Urbach, P.C.
15303 Dallas Parkway, Suite 700
Addison, Texas 75001
*Co-Counsel for Plaintiff VicNRG LLC*;

cc: <u>VIA ELECTRONIC SERVICE</u>
Mr. Mark K. Glasser
Ms. Tracy LeRoy
Sidley LLP
1000 Lousiana, Ste. 6000
Houston, Texas 77002
*Counsel for Defendants*
*FCStone, LLC, FCStone Trading, LLC, and FCStone Group, Inc.*